☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

6:28 pm, May 28 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY  TTS  Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

vs.   *   Case No.   TDC 20-cr-00317-1

**Mateus Vaduva**

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by      James Keatts     , and the Government was represented by Assistant United States Attorney      Elizabeth Wright     , it is

**ORDERED,** this   28th   day of   May   2021  , that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Timothy J. Sullivan
United States Magistrate Judge